**EXHIBIT
C**



# CERTIFICATE OF OCCUPANCY

:KINNEY

s Certificate issued pursuant to the requirements of the 2000 International Buil
le certifying that at the time of issuance this structure was in compliance with
ious ordinances of the City regulating building construction or use for the follow

siness Name: _TXI_____ Permit No. _CC_____

dress of Business: _____

me of Occupant: _TXI_____

_____                    _____
uilding Official                          Owner/Agent
                                          Date: _10-15-01_____

POST IN A CONSPICUOUS PLACE

EXHIBIT B