# EXHIBIT D

**EXHIBIT**
C

SUBJECT
PROPERTY
LOCATION MAP
NOT TO SCALE

POB
S88°10'18"E 887.77'
S00°50'03"W 468.27'
S83°53'27"E 429.48'
S48°19'21"W 661.97'
N89°10'10"W 1319.55'
N87°47'10"W 221.08'
N30°46'56"E 202.84'
N33°13'43"E 300.00'
N35°43'43"E 300.00'
N40°28'43"E 300.00'
N46°13'43"E 442.39'
CITY OF McKINNEY
DOC. 20070703000910230
O.P.R.C.C.T.
STATE HIGHWAY 5
(S. McDONALD STREET)
DALLAS AREA RAPID TRANSIT
VOL. 5443 PG. 5532
L.R.C.C.T.
VILLA VIEW MHP, LTD.
VOL. 2000 PG. 80290
L.R.C.C.T.
11' ROW DEDICATION
0.2096 ACRE
9,132 SQ. FT.
LOT 1
15.2619 GROSS ACRES 664,808 SQ. FT.
5.6604 ACRES IN DRAINAGE ESMT.
9.6015 NET ACRES 418,241 SQ. FT.
LOT 2
10.4585 GROSS ACRES 455,574 SQ. FT.
0.6494 ACRES IN DRAINAGE ESMT.
9.8091 NET ACRES 427,284 SQ. FT.
LOT 3
14.6102 GROSS ACRES 636,419 SQ. FT.
0.3962 ACRES IN DRAINAGE ESMT.
14.2140 NET ACRES 619,162 SQ. FT.
APPROX. LIMITS OF
100-YR FLOODPLAIN
PER LOMR CASE NO. 09-06-2476P
EFFECTIVE DATE JULY 31,2009
EROSION HAZARD SETBACK LINE
DRAINAGE ESMT.
D=7°09'23"
R=2713.20
L=338.89
CB=S42°51'54"W
C=338.67
N
W
E
S
GRAPHIC SCALE IN FEET
1" = 100' @ 24X36

| CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE | DELTA | RADIUS | LENGTH | CHORD BEARING | CHORD |
| C1 | 39°56'56" | 54.00 | 37.65 | S27°06'20"E | 36.89 |
| C2 | 42°09'30" | 30.00 | 22.07 | N28°12'37"W | 21.58 |
| C3 | 20°11'57" | 54.00 | 19.04 | N57°29'03"W | 18.94 |
| C4 | 89°52'42" | 44.00 | 69.02 | N02°26'43"W | 62.16 |
| C5 | 91°16'59" | 30.00 | 47.80 | N88°08'07"E | 42.90 |
| C6 | 69°58'38" | 60.00 | 73.28 | S77°25'40"W | 68.81 |
| C7 | 20°11'57" | 30.00 | 10.58 | N57°29'03"W | 10.52 |
| C8 | 89°52'42" | 30.00 | 47.06 | N02°26'43"W | 42.38 |
| C9 | 91°16'59" | 30.00 | 47.80 | N88°08'07"E | 42.90 |
| C10 | 89°41'45" | 30.00 | 46.96 | S01°22'31"E | 42.31 |
| C11 | 112°13'15" | 44.00 | 86.18 | N12°38'15"W | 73.05 |
| C12 | 88°08'35" | 30.00 | 46.15 | S01°37'57"E | 41.73 |
| C13 | 88°16'17" | 30.00 | 46.22 | N86°34'29"E | 41.78 |
| C14 | 89°31'09" | 30.00 | 46.87 | S02°19'14"E | 42.25 |
| C15 | 91°51'25" | 30.00 | 48.10 | S88°22'03"W | 43.11 |
| C16 | 112°13'15" | 30.00 | 58.76 | N12°38'15"W | 49.81 |
| C17 | 86°27'25" | 30.00 | 45.27 | N86°42'04"E | 41.09 |
| C20 | 73°38'51" | 30.00 | 38.56 | S87°04'53"E | 35.96 |
| C21 | 56°19'17" | 84.00 | 82.57 | S84°15'20"W | 79.29 |
| C22 | 92°41'48" | 30.00 | 48.54 | N03°54'33"W | 43.41 |

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | LENGTH |
| L1 | S49°17'23"E | 191.73' |
| L2 | S49°17'23"E | 164.83' |
| L5 | S67°35'01"E | 179.79' |
| L6 | S67°35'01"E | 179.79' |
| L7 | S43°28'22"W | 82.75' |
| L8 | S45°42'15"E | 49.47' |
| L10 | N42°26'20"E | 9.39' |
| L11 | S45°42'15"E | 51.64' |
| L12 | S43°28'22"W | 69.92' |

**OWNERS CERTIFICATION**
**STATE OF TEXAS** §

**COUNTY OF COLLIN** §

**CITY OF MCKINNEY** §

**WHEREAS CRESTSTONE INVESTORS, LLC,** is the owners of tract of land situated in the Joab Butler Survey, Abstract No. 68 and the William Hart Survey, Abstract No. 447 in the City of McKinney, Collin County, Texas, being all of Lot 1, Block A of Jensen Construction Company Addition, an addition to the City of McKinney according to the plat thereof recorded in Cabinet H, Page 385 of the Map Records of Collin County, Texas, being all of Lots 1 and 2, Block A of Marriott Brothers Addition Replat, an addition to the City of McKinney according to the plat thereof recorded in Cabinet J, Page 606 of the Map Records of Collin County, Texas and being more particularly described by metes and bounds as follows:

**BEGINNING** at an 5/8" iron rod with "KHA" cap set (hereinafter called 5/8" iron rod set) in the east right-of-way of State Highway 5 (variable width ROW) for the northwest corner of said Jensen Construction Company Addition and the southwest corner of a tract of land described in deed to the City of McKinney recorded in Document No. 20070703000910230 of he Official Public Records of Collin County, Texas;

**THENCE** with the north line of said Jensen Construction Company Addition and the Marriott Brothers Addition Replat, the following courses and distances to wit:
South 88°10'18" East, a distance of 887.77 feet to a 5/8" iron rod found for corner;
South 00°50'03" West, a distance of 468.27 feet to a 5/8" iron rod set for corner;
South 83°53'27" East, a distance of 429.48 feet to a 5/8" iron rod set for corner in the west line of a tract of land described in deed to Dallas Area Rapid Transit recorded in Volume 5443, Page 5532;

**THENCE** with said west line, the following courses and distances to wit:
South 48°19'21" West, a distance of 661.97 feet to a 5/8" iron rod set for the beginning of a tangent curve to the left having a radius of 1714.55 feet, a central angle of 07°09'23", a chord bearing and distance of South 42°51'54" West, 338.67 feet, from said iron rod a 1/2" iron rod found bears South 41°41' East, 3.7 feet;
Southwesterly, , with said curve, an arc distance 338.89 feet to a 5/8" iron rod set for corner in the north line of a tract of land described in deed to Villa View MHP, Ltd. recorded in Document No. 2000-0080290 of the Official Public Records of Collin County, Texas from which a 5/8" iron rod found bears North 35°42' East, 0.50 feet and a 1/2" iron rod found for the northeast corner of said Villa View MHP, Ltd. tract bears South 89° 10' East, 49.9 feet;

**THENCE** leaving the west line of said Dallas Area Rapid Transit trac and with the north line of said Villa View MHP, Ltd. tract, the following courses and distances to wit:
North 89°10'10" West, a distance of 1319.59 feet to a 5/8" iron rod set for corner;
North 87°47'10" West, a distance of 221.08 feet to a 5/8" iron rod set in concrete in the east right-of-way line of said State Highway No. 5;

**THENCE** with said east right-of-way line, the following courses and distances to wit:
North 30°46'56" East, a distance of 202.84 feet to a 5/8" iron rod found for corner;
North 33°13'43" East, a distance of 300.00 feet to a 5/8" iron rod found for corner;
North 35°43'43" East, a distance of 300.00 feet to a 5/8" iron rod found for corner;
North 40°28'43" East, a distance of 300.00 feet to a 5/8" iron rod found for corner;
North 46°13'43" East, a distance of 442.39 feet to the **POINT OF BEGINNING** and containing 1,765,933 square feet or 40.5402 acres of land

Bearing system based on the State Plan Coordinate System per the City of McKInney Monuments.

**OWNER DEDICATION**

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS:
THAT, we, **CRESTSTONE INVESTORS, LLC**, do hereby adopt this plat designating the hereinabove described property as **AMENDING PLAT OF CRESTSTONE ADDITION,** an addition to the City of McKinney, Collin County, Texas and do hereby dedicate to the public use forever, the streets, alleys and public use area shown hereon, the easements, as shown, for mutual use and accommodation of the City of McKinney and all public utilities desiring to use or using same. All and any public utility and the City of McKinney shall have the right to remove and keep removed all or parts of any building, fences, shrubs, trees or other improvements or growths, which in any way endanger or interfere with the construction, maintenance or efficiency of it's respective systems on said Easements, and the City of McKinney and all public utilities constructing, reconstructing, inspecting, patrolling, maintaining and adding to or removing all or parts of it's respective systems, without the necessity, at anytime, of procuring the permission of anyone. This plat approved subject to all platting ordinances, rules, regulations and resolutions of the City of McKinney, Texas.

WITNESS MY HAND at Frisco, Texas, this the 24th day of May, 2012.

**BY: CRESTSTONE INVESTORS, LLC**

By: ______________
Name and Title Manager

**STATE OF TEXAS** §

**COUNTY OF COLLIN** §

BEFORE ME, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Terry Lowrey, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the 24th day of May, 2012.

Stacey Lynn Thomas
NOTARY PUBLIC in and for the STATE OF TEXAS

STACEY LYNN THOMAS
MY COMMISSION EXPIRES
MARCH 27, 2013

THE PURPOSE OF THIS AMENDING PLAT
IS TO JOIN TWO PREVIOUS PLATTED ADDITION
INTO ONE PLAT AND DEDICATE EASEMENTS.

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
06/01/2012 01:02:06 PM
$21.00 DLAIRD
20120601010001260

2012-189

"Approved and Accepted"

~~City Manager~~
~~City of McKinney, Texas~~
By Joe Williams, Deputy City Manager
and authorized signatory

5-30-12
Date

**SURVEYORS CERTIFICATE**

THAT I, Dana Brown, do hereby certify that I prepared this plat from an actual survey of the land and that the corner monuments shown hereon were properly placed under my personal supervision in accordance with the Platting Rules and Regulations of the City of McKinney, Texas.

DANA BROWN
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 5336
**Kimley-Horn and Associates, Inc.**
12700 Park Central Drive, Suite 1800
Dallas, Texas 75251
(972) 770-1300

STATE OF TEXAS
REGISTERED
DANA BROWN
5336
PROFESSIONAL
LAND SURVEYOR
5-24-12

STATE OF TEXAS §

COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared Dana Brown, known to me to be the person whose name is subscribed to the foregoing instruments, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 24TH day of May, 2012.

Kassie L Steele
NOTARY PUBLIC in and for the STATE OF TEXAS

KASSIE L. STEELE
Notary Public, State of Texas
My Commission Expires
April 07, 2015

**NOTES:**

1. According to Federal Emergency Management Agency LOMR Case No. 09-05-2476P, effective July 31, 2009, this property is within a special flood hazard area. If this site is not within an identified special flood hazard area, this flood statement does not imply that the property and/or the structures thereon will be free from flooding or flood damage. On rare occasions, greater floods can and will occur and flood heights may be increased by man-made or natural causes. This flood statement shall not create liability on the part of the surveyor.

2. All proposed lots situated in whole or in part within the city's corporate limits comply with the minimum size requirements of the governing zoning district.

3. Fire lanes for the proposed fire lane easements shall not be constructed until future development plans are submitted and approved by the City. Fire Lane easements may be relocated to accommodate a revised plan as approved by the City.

STATE HIGHWAY 5
(S. McDONALD STREET)
LOT 1
LOT 2
30' X 235.84'VEHICULAR AND
PEDESTRIAN TRAFFIC ESMT.
VOL. 2354 PG.860
VOL. 2792 PG. 845
L.R.C.C.T.
20'X20'
WATER ESMT.
BY THIS PLAT
30' ACCESS ESMT
BY THIS PLAT
30' X 600' UTILITY ESMT.
AND PRIVATE PLANT ROAD
CAB. J PG. 606
M.R.C.C.T.

WATER & ACCESS EASEMENT
DETAIL 1

STATE HIGHWAY 5
(S. McDONALD STREET)
LOT 2
LOT 3
30' ACCESS ESMT.
BY THIS PLAT
24' FIRE LANE &
ACCES ESMT.
BY THIS PLAT

ACCESS EASEMENT
DETAIL 2

STATE HIGHWAY 5
(S. McDONALD STREET)
LOT 1
LOT 2
24' FIRE LANE &
ACCES ESMT.
BY THIS PLAT

FIRE LANE & ACCESS
EASEMENT
DETAIL 3

**AMENDING PLAT**
# CRESTSTONE ADDITION
## LOTS 1, 2 AND 3, BLOCK A
BEING 40.5402 ACRES SITUATED IN
JOAB BULTER SURVEY ABST. NO. 68
WILLIAM HART SURVEY ABST. NO. 447
CITY OF McKINNEY, COLLIN COUNTY, TEXAS
BEING A REPLAT OF THE MARRIOTT BROTHERS
ADDITION REPLAT RECORDED IN CAB. J, PAGE 606
AND THE JENSEN CONSTRUCTION COMPANY ADDDTION
RECORDED IN CAB. H, PAGE 385

OWNER:
Creststone Investors, LLC
11518 Reeder Road
Dallas, Texas 75229
Contact : Terry Lowery

ENGINEER:
Kimley-Horn and Associates, Inc.
5750 Genesis Court
Suite 200
Frisco, Texas 75034
Tel. No.: (972) 335-3580
Contact : David Kochalka, P.E

SURVEYOR :
Kimley-Horn and Associates, Inc.
12700 Park Central Drive, Suite 1800
Dallas, Texas 75251
Tel. No. 972-770-1300
Fax No. 972-239-3820

DATE : May 15, 2012
KHA JOB NO. 068179001

Copyright © 2012
Kimley-Horn and Associates, Inc.
All rights reserved

