**EXHIBIT
E**

AFTER RECORDING RETURN TO:

City Secretary
CITY OF McKINNEY
P.O. Box 517
McKinney, Texas 75070

> NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

*FIRE LANE AND MUTUAL ACCESS EASEMENT*

STATE OF TEXAS

COUNTY OF COLLIN

KNOW ALL MEN BY THESE PRESENTS:

That *TXI OPERATIONS, LP*, a Delaware limited partnership ("Grantor"), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to Grantor in hand paid by the *CITY OF MCKINNEY*, a Texas municipal corporation ("Grantee"), the receipt and sufficiency of which are hereby acknowledged, does hereby GIVE, GRANT, and CONVEY unto Grantee a non-exclusive easement and right to construct, reconstruct and perpetually maintain (i) a fire lane facility and all necessary appurtenances thereto (the "Fire Lane Facilities") and (ii) mutual access facilities (the "Mutual Access Facilities") (the Fire Lane Facilities and the Mutual Access Facilities are hereinafter collectively referred to as the "Facilities") all in, on, under, over and across the following described property:

> BEING 13,744 square feet or 0.316 acres in Lot 2, Block A, Creststone Addition to the Joab Butler Survey, Abstract No. 86, City of McKinney, Collin County, Texas, and being more particularly

EXHIBIT D

Page 1 of 3

described in Exhibit "A" and depicted on Exhibit "B" attached
hereto and made a part hereof ("Easement Property").

*Grantor hereby grants to Grantee a temporary construction easement of twenty-five feet (25') running parallel along and abutting the north side(s) of the Easement Property depicted in Exhibit "B", with rights of ingress and egress for the construction of roadway and related improvements, such temporary construction easement terminating upon completion of said roadway improvements.*

The Grantee herein, its successors and assigns, shall have, and it is hereby granted, the right of ingress and egress over that portion of the servient estate as is reasonably necessary to and for the limited purpose of accessing and utilizing the Easement Property herein granted so as to be able to travel, pass, cross or traverse from and between Lot 3, Block A and State Highway 5.

Improvements approved by the Grantee may be placed on the Easement Property which are compatible with the use of the easement and Facilities.

The Grantee herein, its successors and assigns, shall have, and it is hereby granted, the right of ingress and egress over that portion of the servient estate as is reasonably necessary to and for the limited purpose of accessing the Easement Property.

There are no liens, attachments, or other encumbrances which will affect the title or right of the Grantor to convey this easement to the Grantee for the purposes as described herein. If such condition does exist, a signature with acknowledgment shall be included and made a part of this document conveying the rights and privileges contained herein, and subordinating any such lien or encumbrance to the easement granted herein.

TO HAVE AND TO HOLD the Easement Property unto the Grantee for the purposes herein set forth, Grantor hereby binds itself and Grantor's heirs, executors, administrators, successors and assigns to warrant and forever defend the easement and rights granted herein unto Grantee, its successors and assigns, against every person whomsoever lawfully claiming or attempting to claim the same or any part thereof.

WITNESS THE GRANTOR'S HAND this 14th day of June, 2016.

        *TXI OPERATIONS, LP,*

        a Delaware limited partnership

        By TXI Operating Trust, Its General Partner

        By: _____
        Name: Larry J. Roberts
        Title: Vice President

APPROVED AS TO FORM:

Printed Name:_____
Title:_____
Office of the City Attorney

STATE OF TEXAS

COUNTY OF DALLAS

        This instrument was acknowledged on this the 14thday of June, 2016, by Larry J. Roberts as Vice President of *TXI OPERATING TRUST*, as General Partner of TXI Operations, LP, a Delaware limited partership, on behalf of said limited partnership.



        _____
        Notary Public, State of Texas

KAREN LANGE
My Notary ID # 6093454
Expires June 23, 2019

BEING a tract of land situated in the Joab Butler Survey, Abstract No. 68, City of McKinney, Collin County, Texas, and being situated in Lot 2, Block A of the Amending Plat of Creststone Addition, an Addition to the City of McKinney, Texas, according to the plat, recorded in Volume 2012, Page 169 of the Plat Records of Collin County, Texas, and being more particularly described by metes and bounds as follows:

BEGINNING at the intersection of the westerly line of said Lot 2 and the easterly right of way line of State Highway 5 (S. McDonald Street) as created in said Amending Plat of Creststone Addition with the northerly line of a 24' wide Firelane & Access Easement as created in said Amending Plat of Creststone Addition, from said corner, the southwest corner of said Lot 2 bears South 40°28'43" West, 12.00 feet;

THENCE North 40°28'43" East, along the westerly line of said Lot 2 and the easterly right of way line of said State Highway 5 (S. McDonald Street), a distance of 7.07 feet to a corner;

THENCE South 55°31'55" East, departing the westerly line of said Lot 2, the easterly right of way line of said State Highway 5 (S. McDonald Street) and crossing said Lot 2, a distance of 76.70 feet to the point of curvature of a tangent curve to the left;

THENCE in an easterly direction, continuing across said Lot 2 and along the arc of said curve to the left, through a central angle of 88°46'22", having a radius of 30.00 feet, a chord bearing of North 80°04'55" East, a chord distance of 41.97 feet and an arc length of 46.48 feet to the point of tangency of said curve;

THENCE North 35°41'44" East, continuing across said Lot 2, a distance of 246.50 feet to the point of curvature of a tangent curve to the left;

THENCE in a northerly direction, continuing across said Lot 2 and along the arc of said curve to the left, through a central angle of 81°16'51", having a radius of 30.00 feet, a chord bearing of North 04°56'42" West, a chord distance of 39.06 feet and an arc length of 42.56 feet to the point of tangency of said curve;

THENCE North 45°35'07" West, continuing across said Lot 2, a distance of 42.85 feet to a corner on the westerly line of said Lot 2 and the easterly right of way line of said State Highway 5 (S. McDonald Street);

THENCE in a northerly direction, along the westerly line of said Lot 2 and the easterly right of way line of said State Highway 5 (S. McDonald Street), the following:

   North 46°13'43" East, a distance of 2.69 feet to a corner;

   North 41°12'37" West, a distance of 11.01 feet to a corner;

   North 46°13'43" East, a distance of 1.71 feet to the intersection of the westerly line of said Lot 2 and the easterly right of way line of said State Highway 5 (S. McDonald Street) with the southerly line of a 24' wide Firelane & Access Easement as created in said Amending Plat of Creststone Addition;

Continued on Sheet 2

**EXHIBIT**
**FIRELANE & ACCESS EASEMENT**
**LOT 2, BLOCK A**
**CRESTSTONE ADDITION**
**CITY OF McKINNEY**
**COLLIN COUNTY, TEXAS**

MICHAEL MARX
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 5181
5750 GENESIS COURT, SUITE 200
FRISCO, TEXAS 75034
PH. 972-335-3580
michael.marx@kimley-horn.com



Kimley»Horn

5750 Genesis Court, Suite 200
Frisco, Texas 75034    FIRM # 10193822
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| N/A | MGM | KHA | 04/1/2015 | 064497600 | 1 OF 4 |

MARX, MICHAEL 4/19/2015 10:02 AM K:\FRI_SURVEY\064497600-COWTOWN MCKINNEY\DWG\064497600 ACCESS ESMT.DWG

**Continued from Sheet 1**

THENCE South 50°15'27" East, departing the westerly line of said Lot 2, the easterly right of way line of said State Highway 5 (S. McDonald Street), crossing said Lot 2 and along the southerly line of said 24' wide Firelane & Access Easement, a distance of 104.00 feet to the point of curvature of a non-tangent curve to the right;

THENCE in a southerly direction, departing the southerly line of said 24' wide Firelane & Access Easement, continuing across said Lot 2, and along the arc of said non-tangent curve to the right, through a central angle of 22°08'53", having a radius of 54.00 feet, a chord bearing of South 24°37'17" West, a chord distance of 20.74 feet and an arc length of 20.87 feet to the point of tangency of said curve;

THENCE South 35°41'44" West, continuing across said Lot 2, a distance of 259.84 feet to the point of curvature of a tangent curve to the left;

THENCE in a southerly direction, continuing across said Lot 2 and along the arc of said curve to the left, through a central angle of 91°13'38", having a radius of 30.00 feet, a chord bearing of South 09°55'05" East, a chord distance of 42.88 feet and an arc length of 47.77 feet to the point of tangency of said curve;

THENCE South 55°31'55" East, continuing across said Lot 2, a distance of 29.25 feet to a corner on the curving westerly line of a 24' wide Firelane & Access Easement as created in said Amending Plat of Creststone Addition, said curve being a non-tangent curve to the right;

THENCE in a westerly direction, continuing across said Lot 2, along the westerly, becoming, northerly line of said 24' wide Firelane & Access Easement, and along the arc of said curve to the right, through a central angle of 86°54'30", having a radius of 30.00 feet, a chord bearing of South 87°15'23" West, a chord distance of 41.27 feet and an arc length of 45.51 feet to the point of tangency of said curve;

THENCE North 49°17'23" West, continuing across said Lot 2 and along the northerly line of said 24' wide Firelane & Access Easement, a distance of 164.83 feet to the **POINT OF BEGINNING** and containing 0.316 of an acre (13,744 square feet) of land, more or less.

**PRELIMINARY**
THIS DOCUMENT SHALL NOT BE RECORDED FOR ANY PURPOSE AND SHALL NOT BE USED OR VIEWED OR RELIED UPON AS A FINAL SURVEY DOCUMENT

MICHAEL MARX
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 5181
5760 GENESIS COURT, SUITE 200
FRISCO, TEXAS 75034
PH. 972-335-3580
michael.marx@kimley-horn.com

**EXHIBIT
FIRELANE & ACCESS EASEMENT
LOT 2, BLOCK A
CRESTSTONE ADDITION
CITY OF McKINNEY
COLLIN COUNTY, TEXAS**



Kimley»Horn

5750 Genesis Court, Suite 200
Frisco, Texas 75034   FIRM # 10193822
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| N/A | MBM | KHA | 04/11/2016 | 064497600 | 2 OF 4 |

MARX, MICHAEL 4/19/2016 10:02 AM K:\FRI_SURVEY\064497600-COWTOWN MCKINNEY\DWG\064497600 ACCESS ESMT.DWG



[redacted]

[redacted]

NOTE

Bearing system based on the Texas Coordinate System of 1983, North Central Zone (4202), Utilizing City of McKinney Control Monument 44 and Control Monument 38.

LEGEND

P.O.B. = POINT OF BEGINNING
IRFC = IRON ROD W/CAP FOUND
IRF = IRON ROD FOUND
CM = CONTROLLING MONUMENT
P.R.C.C.T. = PLAT RECORDS OF COLLIN COUNTY, TEXAS
O.P.R.C.C.T. = OFFICIAL PUBLIC RECORDS, COLLIN COUNTY, TEXAS

# PRELIMINARY

THIS DOCUMENT SHALL NOT BE RECORDED FOR ANY PURPOSE AND SHALL NOT BE USED OR VIEWED OR RELIED UPON AS A FINAL SURVEY DOCUMENT

## EXHIBIT
## FIRELANE & ACCESS EASEMENT
## LOT 2, BLOCK A
## CRESTSTONE ADDITION
## CITY OF McKINNEY
## COLLIN COUNTY, TEXAS

MICHAEL MARX
REGISTERED PROFESSIONAL LAND SURVEYOR NO. 5181
5750 GENESIS COURT, SUITE 200
FRISCO, TEXAS 75034
PH. 972-335-3580
michael.marx@kimley-horn.com

Kimley»Horn

5750 Genesis Court, Suite 200
Frisco, Texas 75034
FIRM # 10193822
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| 1" = 80' | MBM | KHA | 04/??/2016 | 064497600 | 3 OF 4 |

MARX, MICHAEL 4/19/2016 10:03 AM K:\FRI_SURVEY\064497600-COWTOWN MCKINNEY\DWG\064497600 ACCESS ESMT.DWG

## LINE TABLE

| NO. | BEARING | LENGTH |
|---|---|---|
| L1 | N40°28'43"E | 7.07' |
| L2 | N45°35'07"W | 42.85' |
| L3 | N46°13'43"E | 2.69' |
| L4 | N41°12'37"W | 11.01' |
| L5 | N46°13'43"E | 1.71' |
| L6 | S55°31'55"E | 29.25' |
| L7 | S40°28'43"W | 12.00' |

## CURVE TABLE

| NO. | DELTA | RADIUS | LENGTH | CHORD BEARING | CHORD |
|---|---|---|---|---|---|
| C1 | 88°46'22" | 30.00' | 46.48' | N80°04'55"E | 41.97' |
| C2 | 81°16'51" | 30.00' | 42.56' | N04°56'42"W | 39.08' |
| C3 | 22°08'53" | 54.00' | 20.87' | S24°37'17"W | 20.74' |
| C4 | 91°13'36" | 30.00' | 47.77' | S09°55'05"E | 42.88' |
| C5 | 86°54'30" | 30.00' | 45.51' | N87°15'23"E | 41.27' |

**EXHIBIT**
**FIRELANE & ACCESS EASEMENT**
**LOT 2, BLOCK A**
**CRESTSTONE ADDITION**
**CITY OF McKINNEY**
**COLLIN COUNTY, TEXAS**



MICHAEL MARX
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 5181
5750 GENESIS COURT, SUITE 200
FRISCO, TEXAS 75034
PH. 972-335-3580
michael.marx@kimley-horn.com

5750 Genesis Court, Suite 200
Frisco, Texas 75034   FIRM # 10193822
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| N/A | MBM | KHA | 04/-/2010 | 064497800 | 4 OF 4 |

MARX, MICHAEL 4/19/2010 10:03 AM K:\FRI_SURVEY\064497800-COWTOWN MCKINNEY\DWG\064497800 ACCESS ESMT.DWG