**EXHIBIT
F**



[redacted]

VICINITY MAP
N.T.S.
NORTH
SITE
ELDORADO PARKWAY
STEWART
FRISCO
COLONIAL
WOODSTREAM

STATE HIGHWAY 5 (S. MCDONALD STREET)
VARIABLE WIDTH RIGHT OF WAY
LOT 4, BLOCK A
3.731 ACRES
162,536 SQ. FT.
LOT 3R, BLOCK A
10.879 ACRES
473,883 SQ. FT.
LOT 2R, BLOCK A
10.459 ACRES
455,574 SQ. FT.
LOT 1, BLOCK A
AMENDED PLAT OF CRESTSTONE ADDITION
VOLUME 2012, PAGE 189
P.R.C.C.T.
LHOIST NORTH AMERICA OF TEXAS, LTD.
INST. NO. 20121030001377960
O.P.R.C.C.T.
DALLAS AREA RAPID TRANSIT
VOLUME 5443, PAGE 5532
L.R.C.C.T.
LOT 2, BLOCK A
AMENDED PLAT OF CRESTSTONE ADDITION
VOLUME 2012, PAGE 189
P.R.C.C.T.
LOT 3, BLOCK A
AMENDED PLAT OF CRESTSTONE ADDITION
VOLUME 2012, PAGE 189
P.R.C.C.T.
NORTH
GRAPHIC SCALE IN FEET
1" = 60' @ 24X36
P.O.B.
N:7112910.25
E:2541352.19
5/8"IRF IN CONCRETE **
5/8" IRON ROD FOUND
N 30° 47' E 1.8'
N87°47'10"W 221.08'
N89°10'10"W 1312.81'
S61°07'04"E 1143.40'
S61°07'04"E 1098.15'
S48°19'21"W 148.48'
IRSC
N:7113229.53
E:2543233.79
Δ=7°09'23"
R=2713.20'
L=338.89'
CB=S42°51'54"W
C=338.67'
**5/8" IRF
5/8" IRF BRS.
N 35°42' E, 0.5'
**IRSC
1/2" IRF BRS.
S 41°41' E, 3.7'
LIMITS OF FULLY DEVELOPED
100-YR FLOODPLAIN
PER LOMR CASE NO. 09-06-2476P
EFFECTIVE DATE JULY 31,2009
DRAINAGE EASEMENT
CAB. 2012, PG 189
O.P.R.C.C.T.
10' SANITARY SEWER EASEMENT
CAB. J, PG 606
M.R.C.C.T.
EROSION CONTROL SETBACK
CAB. 2012, PG. 189
O.P.R.C.C.T.
15' SANITARY SEWER EASEMENT
24' FIRE LANE & ACCESS EASEMENT
15' WATER EASEMENT
VARIABLE WIDTH PEDESTRIAN ACCESS EASEMENT
30' X 235.84' VEHICULAR AND PEDESTRIAN ACCESS EASEMENT, VOLUME 2354, PAGE 860 & VOL. 2792, PG. 845, L.R.C.C.T.
30' ACCESS EASEMENT, VOLUME 2012, PAGE 189
30' UTILITY EASEMENT, VOLUME 2012, PAGE 189
VILLA VIEW MHC, LTD.
VOL. 4720, PG. 89
L.R.C.C.T.

## NOTES:

1. According to Federal Emergency Management Agency LOMR Case No. 09-05-2476P, effective July 31, 2009, this property is within a special flood hazard area. If this site in not within an identified special flood hazard area, this flood statement does not imply that the property and/or structures thereon will be free from flooding or flood damage. On rare occasions, greater floods can and will occur and flood heights may be increased by man-made or natural causes. This flood statement shall not create liability on the part of the surveyor.
2. All proposed lots situated in whole or in part within the city's corporate limits comply with the minimum size requirements of the governing zoning district and the requirements of the subdivision ordinance.
3. Corner calls accompanied be two asterisks "**" are based on the calls made in a survey performed by Dana Brown at Kimley-Horn and Associates, Inc., dated June 4th, 2015.

**EXHIBIT**

tabbies

E

THE PURPOSE OF THIS MINOR REPLAT IS TO REPLAT TWO LOTS IN TO THREE LOTS AND TO ABANDON EXISTING EASEMENTS AS WELL AS DEDICATING NEW EASEMENTS.

### CURVE TABLE

| NO. | DELTA | RADIUS | LENGTH | CHORD BEARING | CHORD |
|---|---|---|---|---|---|
| C1 | 1°09'47" | 7440.58' | 151.02' | S31°17'59"W | 151.02' |
| C2 | 4°22'05" | 7455.58' | 568.37' | S32°57'00"W | 568.24' |
| C3 | 4°31'49" | 7440.58' | 588.32' | S34°15'42"W | 588.17' |
| C4 | 90°00'00" | 30.00' | 47.12' | S73°52'56"W | 42.43' |
| C5 | 90°00'00" | 30.00' | 47.12' | N16°07'04"W | 42.43' |
| C6 | 61°56'53" | 30.00' | 32.44' | N59°51'23"E | 30.88' |
| C7 | 118°03'07" | 30.00' | 61.81' | S30°08'37"E | 51.44' |
| C8 | 90°00'00" | 30.00' | 47.12' | S73°52'56"W | 42.43' |
| C9 | 90°00'00" | 30.00' | 47.12' | N16°07'04"W | 42.43' |
| C10 | 61°56'53" | 30.00' | 32.44' | N59°51'23"E | 30.88' |
| C11 | 118°03'07" | 30.00' | 61.81' | S30°08'37"E | 51.44' |
| C12 | 118°03'07" | 54.00' | 111.26' | S30°08'37"E | 92.60' |
| C13 | 90°00'00" | 30.00' | 47.12' | S16°07'04"E | 42.43' |
| C14 | 81°16'51" | 30.00' | 42.56' | N04°56'42"W | 39.08' |

### CURVE TABLE

| NO. | DELTA | RADIUS | LENGTH | CHORD BEARING | CHORD |
|---|---|---|---|---|---|
| C15 | 84°24'51" | 30.00' | 44.20' | N13°19'29"W | 40.31' |
| C16 | 88°46'22" | 30.00' | 46.48' | N80°04'55"E | 41.97' |
| C17 | 91°13'38" | 30.00' | 47.77' | S09°55'05"E | 42.88' |
| C18 | 37°31'55" | 54.00' | 35.37' | N16°55'46"E | 34.74' |
| C19 | 89°52'42" | 30.00' | 47.06' | N02°26'43"W | 42.38' |
| C20 | 45°22'19" | 44.00' | 34.84' | N19°48'28"E | 33.94' |
| C21 | 67°37'26" | 54.00' | 63.73' | N76°18'21"E | 60.10' |
| C22 | 67°37'26" | 30.00' | 35.41' | N76°18'21"E | 33.39' |
| C23 | 50°43'34" | 74.00' | 65.51' | S84°45'16"W | 63.40' |
| C24 | 7°19'24" | 2723.20' | 348.07' | S42°46'53"W | 347.83' |
| C25 | 7°29'19" | 2733.20' | 357.23' | S42°41'56"W | 356.98' |
| C26 | 81°14'07" | 50.00' | 70.89' | S69°30'00"W | 65.10' |
| C27 | 59°29'27" | 30.00' | 31.15' | N89°08'13"E | 29.77' |

### LINE TABLE

| NO. | BEARING | LENGTH |
|---|---|---|
| L1 | N54°16'17"W | 15.89' |
| L2 | S35°43'43"W | 15.00' |
| L3 | S54°16'17"E | 15.89' |
| L4 | S35°43'43"W | 5.00' |
| L5 | S54°16'17"E | 78.96' |
| L6 | N35°43'43"E | 15.00' |
| L7 | N54°16'17"W | 78.96' |
| L8 | N54°16'17"W | 6.00' |
| L9 | S35°43'43"W | 15.00' |
| L10 | S54°16'17"E | 6.00' |
| L11 | N54°16'17"W | 6.00' |
| L12 | S35°43'43"W | 15.00' |
| L13 | S54°16'17"E | 6.00' |
| L14 | S35°43'43"W | 37.26' |
| L15 | S54°16'17"E | 3.98' |
| L16 | S54°16'17"E | 2.78' |
| L17 | S35°43'43"W | 23.19' |

### LINE TABLE

| NO. | BEARING | LENGTH |
|---|---|---|
| L18 | S09°16'17"E | 16.82' |
| L19 | N09°16'17"W | 7.93' |
| L20 | N79°13'58"E | 12.81' |
| L21 | S79°13'58"W | 24.81' |
| L22 | N44°17'51"E | 30.00' |
| L23 | S28°52'56"W | 15.00' |
| L24 | N76°07'16"E | 53.77' |
| L25 | N40°28'43"E | 72.25' |
| L26 | N28°52'56"E | 46.32' |
| L27 | N54°16'17"W | 14.00' |
| L28 | N39°32'38"E | 27.25' |
| L29 | N35°43'43"E | 162.89' |
| L30 | N40°28'43"E | 81.05' |
| L31 | S61°07'04"E | 18.85' |
| L32 | S50°15'27"E | 190.27' |
| L33 | N45°35'07"W | 42.85' |
| L34 | S55°31'55"E | 76.70' |

### LINE TABLE

| NO. | BEARING | LENGTH |
|---|---|---|
| L35 | S55°31'55"E | 51.19' |
| L36 | S55°31'55"E | 172.68' |
| L37 | S49°17'23"E | 178.71' |
| L38 | S61°07'04"E | 16.39' |
| L39 | S28°52'56"W | 30.00' |
| L40 | S61°07'04"E | 13.28' |
| L41 | S49°17'23"E | 175.72' |
| L42 | N76°07'16"E | 41.17' |
| L43 | S04°41'23"W | 15.00' |
| L44 | S42°29'38"W | 11.35' |
| L45 | S42°29'38"W | 5.54' |
| L46 | N47°23'05"W | 5.74' |
| L47 | N20°30'56"E | 13.53' |
| L48 | N88°17'45"W | 80.20' |
| L49 | N88°17'45"W | 90.31' |
| L50 | N69°29'04"W | 32.00' |
| L51 | N20°30'56"E | 32.00' |

### LINE TABLE

| NO. | BEARING | LENGTH |
|---|---|---|
| L52 | S69°29'04"E | 32.00' |
| L53 | S20°30'56"W | 2.63' |

## LEGEND

| | |
|---|---|
| P.O.B. | POINT OF BEGINNING |
| IRF | 5/8" IRON ROD FOUND |
| IRSC | 5/8" IRON ROD FOUND WITH PLASTIC CAP STAMPED "KHA" SET |
| L.R.C.C.T. | LAND RECORDS OF COLLIN COUNTY, TEXAS |
| P.R.C.C.T. | PLAT RECORDS OF COLLIN COUNTY, TEXAS |
| O.P.R.C.C.T. | OFFICIAL PUBLIC RECORDS OF COLLIN COUNTY, TEXAS |

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
06/05/2018 03:17:33 PM
$41.00 SCAPELA
20180605010002570

2018- 419

OWNER: LOT 2R
TXI OPERATIONS, LP
1503 Lyndon B. Johnson Fwy, Suite 400
Dallas, Texas 75234
Tel. No. (972) 647-6700
Contact: Larry J. Roberts

OWNER: LOTS 3R AND 4
ISSAM AL SHMAISANI
3401 Bethlehem St.
Fort Worth, Texas 76111
Tel. No. (817) 759-1919

APPLICANT:
KIMLEY-HORN AND ASSOC. INC.
5750 Genesis Court, Suite 200
Frisco, Texas 75034
Tel. No. (972) 335-3580
Fax No. (972) 335-3779
Contact: Dave Kochalka, PE

SURVEYOR:
KIMLEY-HORN AND ASSOC. INC.
5750 Genesis Court, Suite 200
Frisco, Texas 75034
Tel. No. (972) 335-3580
Fax No. (972) 335-3779
Contact: Michael Marx, RPLS

# MINOR REPLAT
# CRESTSTONE ADDITION
# LOTS 2R, 3R AND 4, BLOCK A

BEING 25.069 ACRES
SITUATED IN THE JOAB BUTLER
SURVEY, ABSTRACT NO. 68
CITY OF McKINNEY, COLLIN COUNTY, TEXAS
BEING A REPLAT OF LOTS 2 & 3, BLOCK A,
CRESTSTONE ADDITION
RECORDED IN
VOLUME 2012, PAGE 189
PLAT RECORDS, COLLIN COUNTY, TEXAS

Kimley»Horn
5750 Genesis Court, Suite 200
Frisco, Texas 75034
FIRM # 10193822
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| 1" = 60' | MBM | KHA | 03/28/2018 | 064497600 | 1 OF 2 |

Copyright © 2017
Kimley-Horn and Associates, Inc.
All rights reserved

DWG NAME: K:\FRI_SURVEY\064497600-COWTOWN MCKINNEY\DWG\064497600 RE-PLAT.DWG PLOTTED BY MARX, MICHAEL 3/28/2018 12:46 PM LAST SAVED 3/28/2018 10:34 AM

## OWNER'S CERTIFICATE

**STATE OF TEXAS** §
**COUNTY OF COLLIN** §

WHEREAS, **ISSAM AL SHMAISANI** and **TXI OPERATIONS, LP**, are the owners of a tract of land situated in the Joab Butler Survey, Abstract No. 68, and being all of Lot 2 and Lot 3, Block A of Creststone Addition, an addition to the City of McKinney, according to the plat thereof recorded in Volume 2012, Page 189 of the Plat Records of Collin County, Texas, also being the same tract of land described in Special Warranty Deed to Issam Al Shmaisani, recorded in Instrument No. 20151214001554990, Official Public Records, Collin County, Texas, and being more particularly described as follows:

**BEGINNING** at a 5/8-inch iron rod found in concrete at the southwest corner of said Lot 3, same being on the northerly line of a called 21.723 acre tract of land described in Special Warranty Deed to Villa View MHC, Ltd. Recorded in Volume 2000, Page 80290 of the Land Records of Collin County, Texas, also being on the easterly right-of-way line of State Highway 5 (S. McDonald Street), a variable width right-of-way;

**THENCE** departing the northerly line of said 21.723 acre tract, along the westerly line of said Lot 2 and said Lot 3, and along the easterly line of said State Highway 5, the following courses:

North 30°46'56" East, a distance of 202.84 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 33°13'43" East, a distance of 141.08 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 39°32'38" East, a distance of 100.00 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 33°13'43" East, a distance of 59.28 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 35°43'43" East, a distance of 299.30 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 40°28'43" East, a distance of 298.99 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 46°13'43" East, a distance of 121.44 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 41°12'37" West, a distance of 11.01 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

North 46°13'43" East, a distance of 13.78 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set at the most northerly corner of said Lot 2, same being the most westerly corner of Lot 1, Block A of said Amended Plat of Creststone Addition;

**THENCE** departing the easterly right-of-way line of said State Highway 5, along the northeasterly line of said Lot 2 and along the southwesterly line of said Lot 1, the following courses:

South 50°15'27" East, a distance of 187.14 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

South 61°07'04" East, a distance of 1143.40 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set at the most easterly corner of said Lot 2, same being the most southerly corner of said Lot 1, same also being on the westerly line of a tract of land describes om a deed to Dallas Area Rapid Transit recorded in Volume 5443, Page 5532, Land Records, Collin County, Texas;

**THENCE** departing the southwesterly line of said Lot 1, along the westerly line of said Dallas Area Rapid Transit tract, along the easterly line of said Lot 2 and aforesaid Lot 3, the following courses:

South 48°19'21" West, a distance of 148.48 feet to a point at the beginning of a non-tangent curve to the left having a central angle of 7°09'23", a radius of 2713.20 feet, a chord bearing and distance of South 42°51'54" West, 338.67 feet;

In a southwesterly direction, with said curve to the left, an arc distance of 338.89 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set at the southerly southwest corner of said Lot 3, same being along the northerly line of aforesaid Villa View MHC, Ltd. tract;

**THENCE** North 89°10'10" West, departing the westerly line of said Dallas Area Rapid Transit tract, along the southerly line of said Lot 3 and along the northerly line of said 21.723 acre tract, a distance of 1319.55 feet to a 5/8-inch iron rod with a plastic cap stamped "KHA" set for corner;

**THENCE** North 87°47'10" West, continuing along the southerly line of said Lot 3 and along the northerly line of said 21.723 are tract, a distance of 221.08 feet to the **POINT OF BEGINNING** and containing 25.069 acres (1,091,993 sq. ft.) of land, more or less.

## OWNER'S DEDICATION

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS:

THAT, I, **ISSAM AL SHMAISANI** and **TXI OPERATIONS, LP** do hereby adopt this Minor Replat designating the hereinabove described property as **CRESTSTONE ADDITION, LOTS 2R, 3R AND 4, BLOCK A**, being a replat of Lots 2 & 3, Block A, Creststone Addition, Recorded in Volume 2012, Page 189, an addition to the City of McKinney, Collin County, Texas, and does hereby dedicate to the public use forever, the streets, alleys and public use areas shown hereon, the easements, as shown, for mutual use and accommodation of the City of McKinney and all public utilities desiring to use or using same. All and any public utility and the City of McKinney shall have right to remove and keep removed all or parts of any buildings, fences, shrubs, trees or other improvements or growths, which in any way endanger or interfere with the construction, maintenance or efficiency of its respective systems on said easements. The City of McKinney and all public utilities shall at all times have the full right of ingress and egress to or from their respective easements for the purpose of constructing, reconstructing, inspecting, patrolling, maintaining and adding to or removing all or parts of its respective systems without the necessity, at any time, of procuring the permission of anyone. This plat approved subject to all platting ordinances, rules, regulations and resolutions of the City of McKinney, Texas.

WITNESS MY HAND at Frisco, Texas, this the _____ day of April, 2018.

BY: Issam Al Shmaisani

By: _____
Issam Al Shmaisani, Owner of Lots 3R and 4

**STATE OF** Texas §
**COUNTY OF** Collin §

BEFORE ME, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Issam Al Shmaisani, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the _____ day of April, 2018.

NOTARY PUBLIC in and for the STATE OF TEXAS

LEIGH ANN PHILLIPS
Notary Public, State of Texas
Comm. Expires 07-26-2021
Notary ID 131223380

BY: TXI OPERATIONS, LP

By: _____
Larry J. Roberts, Vice President, Owner of Lot 2R

**STATE OF TEXAS** §
**COUNTY OF DALLAS** §

BEFORE ME, the undersigned authority, a Notary Public in and for said county and state, on this day personally appeared Larry J. Roberts, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office this the _____ day of May, 2018.

NOTARY PUBLIC in and for the STATE OF TEXAS

STACEY CARRALES
Notary Public, State of Texas
Comm. Expires 03-07-2021
Notary ID 12108792

## KNOW ALL MEN BY THESE PRESENTS:

That I, Michael B. Marx, do hereby certify that I prepared this plat and the field notes made a part thereof from an actual and accurate survey of the land and that the corner monuments shown thereon were properly placed under my personal supervision, in accordance with the Subdivision Regulations of the City of McKinney, Texas.



MICHAEL B. MARX
REGISTERED PROFESSIONAL
LAND SURVEYOR NO. 5181
5750 GENESIS COURT, SUITE 200
FRISCO, TEXAS 75034
PH. 972-335-3580
michael.marx@kimley-horn.com

**STATE OF TEXAS** §
**COUNTY OF COLLIN** §

Before me, the undersigned authority, on this day personally appeared Michael B. Marx, known to me to be the person whose name is subscribed to the above and foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration expressed and in the capacity therein stated.

GIVEN under my hand and seal of office on this the 17th day of April, 2018.

Notary Public in and for The State of Texas

LEIGH ANN PHILLIPS
Notary Public, State of Texas
Comm. Expires 07-26-2021
Notary ID 131223380

## NOTES:

1. According to Federal Emergency Management Agency LOMR Case No. 09-05-2476P, effective July 31, 2009, this property is within a special flood hazard area. If this site is not within an identified special flood hazard area, this flood statement does not imply that the property and/or structures thereon will be free from flooding or flood damage. On rare occasions, greater floods can and will occur and flood heights may be increased by man-made or natural causes. This flood statement shall not create liability on the part of the surveyor.

2. All proposed lots situated in whole or in part within the city's corporate limits comply with the minimum size requirements of the governing zoning district and the requirements of the subdivision ordinance.

3. Corner calls accompanied be two asterisks "**" are based on the calls made in a survey performed by Dana Brown at Kimley-Horn and Associates, Inc., dated June 4th, 2015.

THE PURPOSE OF THIS MINOR REPLAT IS TO REPLAT TWO LOTS IN TO THREE LOTS AND TO ABANDON EXISTING EASEMENTS AS WELL AS DEDICATING NEW EASEMENTS.

"Approved and Accepted"

_____
Planning and Zoning Commission Chair
City of McKinney, Texas

5-30-18
Date

Filed and Recorded
Official Public Records
Stacey Kemp, County Clerk
Collin County, TEXAS
06/05/2018 03:17:33 PM
$41.00 SCRPELA
20180605010002570

2018-420

# MINOR REPLAT
## CRESTSTONE ADDITION
## LOTS 2R, 3R AND 4, BLOCK A

BEING 25.069 ACRES
SITUATED IN THE JOAB BUTLER
SURVEY, ABSTRACT NO. 68
CITY OF McKINNEY, COLLIN COUNTY, TEXAS
BEING A REPLAT OF LOTS 2 & 3, BLOCK A,
CRESTSTONE ADDITION
RECORDED IN
VOLUME 2012, PAGE 189
PLAT RECORDS, COLLIN COUNTY, TEXAS

**Kimley » Horn**
5750 Genesis Court, Suite 200     Tel. No. (972) 335-3580
Frisco, Texas 75034    FIRM # 10193822    Fax No. (972) 335-3779

| Scale | Drawn by | Checked by | Date | Project No. | Sheet No. |
|---|---|---|---|---|---|
| N/A | MBM | KHA | 03/28/2018 | 064497600 | 2 OF 2 |

OWNER: LOT 2R
TXI OPERATIONS, LP
1503 Lyndon B. Johnson Fwy, Suite 400
Dallas, Texas 75234
Tel. No. (972) 647-6700
Contact: Larry J. Roberts

OWNER: LOT 3R AND 4
ISSAM AL SHMAISANI
3401 Bethlehem St.
Fort Worth, Texas 76111
Tel. No. (817) 759-1919

APPLICANT:
KIMLEY-HORN AND ASSOC. INC.
5750 Genesis Court, Suite 200
Frisco, Texas 75034
Tel. No. (972) 335-3580
Fax No. (972) 335-3779

SURVEYOR:
KIMLEY-HORN AND ASSOC. INC.
5750 Genesis Court, Suite 200
Frisco, Texas 75034
Tel. No. (972) 335-3580
Fax No. (972) 335-3779
Contact: Michael Marx, RPLS

Copyright © 2017
Kimley-Horn and Associates, Inc.
All rights reserved