**EXHIBIT
G**



# Certificate of Occupancy

This certifies that at the time of issuance the described portion of the structure has been inspected for compliance with the requirements of the adopted International Building Code for the occupancy and division of occupancy and the use for which the proposed occupancy is classified. The use and occupancy are in accordance with the provisions of Chapter 3 of the International Building Code and the type of construction as defined in Chapter 6 of the International Building Code.

Business Name: **Martin Marietta**  Permit No.: **COM2018-02-00574**

Address of Business: **2005 S McDonald St, McKinney, TX 75069**

Name/Address of Owner: **TXI Operations, LP dba Martin Marietta, 1503 LBJ Freeway, Suite 400, Dallas Texas 75234**

Description of the portion of the structure for which CO is issued: **2 Story Building**

Automatic Sprinkler Required: **No**    Special Stipulations: **N/A**

Type of Construction: **VB**    Use and Occupancy: **B Business**

*Rick Herzberger* (signature)    **August 8, 2018**    **12**

Rick Herzberger    Date    Occupancy Load    Owner/Agent

POST IN A CONSPICUOUS PLACE

EXHIBIT F