**EXHIBIT
I**

CITY OF MCKINNEY, TEXAS
Building Inspection Department
221 N. Tennessee Street
McKinney, Texas 75070                                          Date – June 19, 2018

**PROPERTY OWNER:** Martin Marietta
Attn. Mark Cleveland
1503 LBJ Freeway, Suite 400
Dallas, Texas 75234

**PROPERTY DESCRIPTION:** Batch Plant Operation
**ADDRESS:** 2005 S. McDonald Street, McKinney Texas.

## BUILDING OFFICIAL NOTICE AND ORDER

**BUILDING OFFICIAL NOTICE:**
You are hereby notified that the City of McKinney, Texas has no record of your compliance with the attached Cause No. 219-1124-00 (Agreed Final Judgement) that requires compliance with Exhibit "A" – "Approved" Site Plan.

**BUILDING OFFICIAL ORDER:**
You are hereby ordered to provide the following on or before June 20, 2018 –
- A Site Plan showing compliance with the requirements of the Zoning Ordinance.

You are hereby ordered to receive city approval of the Site Plan before July 20, 2018.

**The above Notice and Order is authorized by the City of McKinney Code of Ordinances, Sec. 146-45. - Site plan approval.**

Failure to comply with this Notice and Order may result in further action by the City as provided by state law and City ordinances and as described below –

*Code of Ordinances, Zoning, Sec. 146-194. - Penalty.*
*Any person, firm or corporation who shall violate any of the provisions of this chapter or who shall fail to comply with any provisions hereof shall be guilty of a misdemeanor and, upon conviction, shall be subject to a fine not to exceed $2,000.00, and each day that such violation continues shall constitute a separate offense and shall be punishable accordingly.*

ATTACHED (Referenced Document – Cause No. 219-1124-00)


Rick Herzberger, Chief Building Official
City of McKinney Texas 972 547 7453

**CERTIFIED MAIL #: 7010 3090 0001 0180 6563**


EXHIBIT I