# EXHIBIT K



City of McKinney Fire Department
Fire Marshal's Office
2200 Taylor Burk Dr.
McKinney, TX 75071
Inspection Requests 972-547-2850

July 20, 2018

TXI McKinney Ready Mix
2005 S MCDONALD ST
MCKINNEY, TX 75069

An inspection of your facility on Jul 20, 2018 revealed the fire code violations listed below.

ORDER TO COMPLY: Since these conditions are contrary to law, you must correct them upon receipt of this notice. An inspection to determine compliance with this Notice will be conducted on Aug 19, 2018.

If you fail to comply with this notice before the reinspection date listed, you may be liable for the penalties provided for by law for such violations.

**Violations**

5701.1 Scope and application

Note   Storage tank no permit



503.1 Where required

Note   Fire lane needs to be re-striped

 

Approval as the result of an inspection shall not be construed to be an approval of a violation of the provisions of this code or of other ordinances of the jurisdiction. Inspections presuming to give authority to violate or cancel provisions of this code or of other ordinances of the jurisdictions shall not be valid.  IFC 2015 Sec. 106.4



EXHIBIT
K