**EXHIBIT P**



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, Texas 75201

214.745.5400 OFFICE
214.745.5390 FAX
winstead.com

Arthur J. Anderson, Esq.
Direct dial: 214.745.5745
aanderson@winstead.com

March 1, 2019

**VIA EMAIL**

Mark E. Goldstucker, Esq. (mgoldstucker@gmail.com)
Law Office of Mark E. Goldstucker
300 N. Coit Road, Ste. 1125
Richardson, Texas 75080

Re: Batch Plant Operation at 2005 S. McDonald Street ("Property")

Dear Mr. Goldstucker:

Our firm represents Martin Marietta regarding this matter. We are in receipt of your February 13, 2019 letter to Ms. Kate Glaze on behalf of the City of McKinney ("City") regarding the Property.

Martin Marietta is confused by your letter. The City's representatives have previously stated that the City wished to work cooperatively with Martin Marietta regarding the Property. Specifically, the City has suggested that if Martin Marietta would voluntarily agree to relocate its operations from the Property the City would assist with relocation costs, including purchasing the Property and other incentives. Your letter, however, bears no resemblance to those previous statements. Instead, your letter threatens to arbitrarily rezone Martin Marietta's Property - and use that rezoning as an excuse to immediately interfere with and/or close Martin Marietta's operations - unless Martin Marietta agrees to vacate the site by June of next year.

Of course, these threats are made irrespective of Martin Marietta's rights under statutory and constitutional law. In fact, your letter seems designed to force Martin Marietta to give up its rights as of a certain date by threatening to illegally take away its rights immediately if it refuses to do so.

Accordingly, Martin Marietta expressly reserves, and does not waive, any and all of its rights with respect to this matter. Please feel free to contact me at your convenience with any questions and direct all future correspondence to my attention.

Sincerely,

ARTHUR J. ANDERSON

Arthur J. Anderson

AJA/vb/dla

4816-5490-0360v.2 55362-11



EXHIBIT
P

WINSTEAD PC . ATTORNEYS