# EXHIBIT R

# Law Office of Mark E. Goldstucker

Mark E. Goldstucker
Direct Dial: 469-283-5160
mgoldstucker@gmail.com

300 North Coit Road, Suite 1125
Richardson, Texas 75080
Telephone: 972-479-1112
Fax: 972-479-1113

May 23, 2019

**via electronic mail**

Ms. Kate Glaze
Assistant General Counsel
Martin Marietta
2710 Wycliff Road
Raleigh, North Carolina 27607-3033

Mr. Arthur J. Anderson
Winstead
2728 North Harwood Street, Suite 500
Dallas, Texas 75201

Re: Batch Plant Operation at 2005 South McDonald Street, McKinney, Texas 75069

Dear Counsel:

On February 13, 2019, I wrote on behalf of the City of McKinney regarding the rezoning of Martin Marietta's property located at 2005 South McDonald Street, McKinney, Texas 75069 ("Property"), and the relocation of its batch plant operation currently on the Property. My letter notified you that the City was preparing to rezone the Property to RO (Regional Office) uses, as set out in the City's Zoning Ordinance, and that upon final approval of the rezoning, Martin Marietta's current use of the Property would be nonconforming.

In addition to the rezoning notification, my letter contained an offer from the City, subject to City Council approval, to enter into an agreement with Martin Marietta for ceasing Martin Marietta's current use of the Property. I asked that you let me know no later than February 22, 2019, whether the City's offer was acceptable to Martin Marietta.

The City has not received a response whether its offer is acceptable, nor has the City received any counteroffer from Martin Marietta. The rezoning of the Property to RO has been finalized by the City Council, and Martin Marietta's batch plant operation is now nonconforming.

Despite not receiving a response to its previous offer, the City will make this last attempt to reach an agreement regarding Martin Marietta's use of the Property going forward. The terms of the City's offer include the following:



EXHIBIT R

1. Martin Marietta will cease its current use of the Property on or before June 1, 2020.

2. Irrespective of its code noncompliance, Martin Marietta will be permitted to continue its current operation as a nonconforming use of the Property until the cessation date. Any necessary waivers or variances required to allow such continuance of operations will be granted in the agreement.

If the City has not received an acceptance of this offer, a rejection of it with or without a counteroffer, or a response to it that shows meaningful progress toward consideration of relocation by close of business on May 31, 2019, the City will move forward with addressing Martin Marietta's nonconforming use without input from Martin Marietta. Thank you.

Yours very truly,

Mark E. Goldstucker