# EXHIBITS



| | | | | |
|---|---|---|---|---|
| City Home | SEARCH | Calendar | City Council | Departments | People |

Share | RSS

Details    Reports

| | | | | |
|---|---|---|---|---|
| File #: | 19-1012 | | Name: | Martin Marietta Amortization |
| Type: | Resolution | | Status: | Regular Agenda |
| | | | In control: | City Council Regular Meeting |
| On agenda: | 12/3/2019 | | Final action: | |
| Title: | Consider/Discuss/Act on a Resolution Requesting the Board of Adjustment of the City of McKinney Consider Amortization of a Nonconforming Concrete Batch Plant Use (TXI Operations LP / Martin Marietta Redi-Mix), Located at 2005 South McDonald Street and the Establishment of a Compliance Date in Conformance with Section 146-40 of the Zoning Ordinance (Nonconforming Uses and Nonconforming Structures) | | | |
| Attachments: | 1. Proposed Resolution, 2. Location Map, 3. Comprehensive Noise Analysis Report, 4. Notice of Violation (Noise), 5. Police Reports (Noise), 6. TCEQ Report April 2018, 7. TCEQ Report February 2019, 8. TCEQ Report April 2019, 9. TCEQ NOE and Report July 2019 | | | |

History (0)    Text

### Title
Consider/Discuss/Act on a Resolution Requesting the Board of Adjustment of the City of McKinney Consider Amortization of a Nonconforming Concrete Batch Plant Use (TXI Operations LP / Martin Marietta Redi-Mix), Located at 2005 South McDonald Street and the Establishment of a Compliance Date in Conformance with Section 146-40 of the Zoning Ordinance (Nonconforming Uses and Nonconforming Structures)

### Summary

COUNCIL GOAL: Direction for Strategic and Economic Growth
(1C: Provide a strong city economy by facilitating a balance between industrial, commercial, residential and open space)

MEETING DATE: December 3, 2019

DEPARTMENT: Development Services - Planning Department

CONTACT: Jennifer Arnold, AICP, Director of Planning
Michael Quint, Executive Director of Development Services

RECOMMENDED CITY COUNCIL ACTION:
* Approval of the Resolution.

ITEM SUMMARY:
* The proposed Resolution formally requests that the Board of Adjustment for the City of McKinney consider the amortization of a nonconforming concrete batch plant use (TXI Operation LP / Martin Marietta Redi-Mix) located at 2005 South McDonald Street ("Subject Property"), and the establishment of a compliance date.

* With the adoption of the ONE McKinney 2040 Comprehensive Plan, the completion of the SH 121 corridor, and the reconfiguration of the interchange of US 75 and Spur 399/SH5 in the mid-2000's, the area in and around the subject property has become a principal gateway and "front door" to the City and specifically, McKinney's Historic Downtown.

* Much of the growth and development that has occurred in this area over the last 15 years has been of a suburban nature, which is in contrast to the heavy industrial nature of the concrete batch plant use on the subject property.

* On April 16, 2019, the City Council approved a city-initiated rezoning of the subject property to the RO - Regional Office District which primarily allows the development office uses. This rezoning action better a...

Click here for full text

**EXHIBIT S**

http://mckinney.legistar.com/LegislationDetail.aspx?ID=4264605&GUID=B2921B53-6...    11/29/2019