# EXHIBIT W

**CITY OF MCKINNEY, TEXAS**
Building Inspection Department
221 North Tennessee Street
McKinney, Texas 75070

Date – July 29, 2020

**PROPERTY OWNER / ADDRESS**
TXI OPERATIONS, LP
PO BOX 8040
FORT WAYNE IN 46898-8040

**PROPERTY DESCRIPTION:** Concrete Batch Plant Use (TXI Operations, LP/Martin Marietta Redi-Mix) on the Property Located at 2005 South McDonald Street, McKinney, Texas

## BOARD OF ADJUSTMENT NOTICE AND ORDER

**NOTICE** – A Public Hearing was held by the Board of Adjustment on July 29, 2020 in the Council Chambers located at 222 North Tennessee Street, McKinney Texas to Consider/Discuss/Act on Determining an Amortization Period and Establishing a Compliance Date for the Nonconforming Concrete Batch Plant Use (TXI Operations, LP/Martin Marietta Redi-Mix), on the Property Located at 2005 South McDonald Street, McKinney, Texas. The Board of Adjustment considered the factors described in Section 146-40 (g) (2), Amortization of Nonconforming Uses, in determining a reasonable amortization period.

Based on the findings of the city consultant report and the city staff recommendation of a compliance date of April 29, 2021 for the nonconforming use located at 2005 South McDonald Street to come into compliance with the Zoning Ordinance, the Board of Adjustment voted to accept the city staff recommendation.

**ORDER** – You are hereby ordered to comply with the Board of Adjustments decision to bring the nonconforming use located at 2005 South McDonald Street, McKinney, Texas into compliance with the Zoning Ordinance on or before April 29, 2021.

**Date of Board of Adjustment decision** – July 29, 2020.
By: *Louise Holubar*

**Louise Holubar**
Chair, Board of Adjustment
City of McKinney, Texas
222 North Tennessee Street
McKinney, Texas 75069

**CERTIFIED MAIL #:**