**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TXI OPERATIONS, LP,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-CV-00353** |
| **CITY OF McKINNEY, TEXAS,** | § | |
| ***Defendant.*** | § | |
| **TXI OPERATIONS, LP,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:20-CV-609** |
| **CITY OF MCKINNEY, TEXAS and the BOARD OF ADJUSTMENT FOR THE CITY OF MCKINNEY, TEXAS** | § | |
| ***Defendants.*** | § | |

**PLAINTIFF'S NOTICE OF EXPERT WITNESS DISCLOSURES**

Pursuant to Local Rule CV-26(c), Plaintiff TXI Operations, LP files this Notice of Expert Witness Disclosures. Plaintiff has timely served its expert disclosures on Defendants in accordance with Federal Rule of Civil Procedure 26(a)(2), Local Rule CV-26(b), and the Court's October 20, 2021 Amended Scheduling Order [Dkt. 41].

Respectfully submitted,

JACKSON WALKER LLP

By: *Brian H. Oates*

Mark T. Josephs
Texas State Bar No. 11031400
mjosephs@jw.com
Brian H. Oates
Texas State Bar No. 24088144
boates@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Phone
(214) 953-5822 – Fax

David Folsom
Texas State Bar No. 7210800
dfolsom@jw.com
6002 Summerfield Drive, Suite B
Texarkana, Texas 75503
Direct: (903) 255-3251
Fax: (903) 255-3266

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I caused a copy of the foregoing pleading to be served upon counsel of record for all parties vial the Court's ECF system.

*/s/ Brian H. Oates*
Brian H. Oates

